THOMAS L. REYNOLDS, Respondent, *v.* RUTH BRITTON, as Executrix of DENNIS McMAHON et al., Defendants, and LUCY BOWEN, Appellant.

*Reynolds* v. *Britton*, 102 App. Div. 609, affirmed.
(Argued February 12, 1906; decided February 27, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 11, 1905, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Robert J. Mahon* for appellant.

*Claude V. Pallister* and *Francis C. Reed* for respondent.

Judgment affirmed, with costs ; no opinion.

Concur : GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ. Absent : CULLEN, Ch. J.